# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                   **PLAINTIFF**

**V.**                              **CASE NO. 5:17-CR-50030**

**RUDY MANCIA**                                                                                  **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 51) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on July 17, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 51) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion to Vacate (Doc. 43) and Amended Motion to Vacate (Doc. 49), filed pursuant to 28 U.S.C. § 2255, are both **DENIED**.

**IT IS SO ORDERED** on this 3rd day of August, 2020.

                                                /s/ Timothy L. Brooks
                                                TIMOTHY L. BROOKS
                                                UNITED STATES DISTRICT JUDGE